1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  MEGGY CAI QING LI,                    )
                                          )   No. C 07-1860 JSW
13              Plaintiff,                 )
                                          )
14       v.                               )   **STIPULATION TO EXTEND DATES;**
                                          )   **and [PROPOSED] ORDER**
15  MICHAEL CHERTOFF, Secretary of the    )
    Department of Homeland Security;      )
16  EMILIO T. GONZALEZ, Director,         )
    U.S. Citizenship and Immigration Services; )
17  CHRISTINA POULOS, Director, California )
    Service Center, U.S.C.I.S.;           )
18  ROBERT S. MUELLER, Director of        )
    Federal Bureau of Investigation,      )
19                                        )
                Defendants.               )
20  _____  )

21       Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to the following:

23       1. Plaintiff filed this action on or about April 3, 2007. Defendants' answer is currently due on

24  June 5, 2007.

25       2. Pursuant to this Court's April 3, 2007 Order Setting Initial Case Management Conference,

26  the parties are required to file a joint case management statement on July 6, 2007, and attend a case

27  management conference on June 13, 2007.

28

Stipulation for Extension
C 07-1860 JSW

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | June 26, 2007 |
| Last day to file Joint ADR Certification: | July 13, 2007 |
| Last day to file/serve Joint Case Management Statement: | July 27, 2007 |
| Case Management Conference: | August 3, 2007 at 1:30 p.m. |

Date: June ____, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: June ____, 2007

JUSTIN X. WANG
Attorney for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

JEFFREY S. WHITE
United States District Judge

Stipulation for Extension
C 07-1860 JSW

3.  In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:                          June 26, 2007

Last day to file Joint ADR Certification:                    July 13, 2007

Last day to file/serve Joint Case Management Statement:      July 27, 2007

Case Management Conference:                                  August 3, 2007 at 1:30 p.m.

Date: June ____, 2007

                                        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        _____
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Defendants


Date: June 4, 2007

                                        _____
                                        JUSTIN K. WANG
                                        Attorney for Plaintiff


                                        ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   June 6, 2007

                                        _____
                                        JEFFREY S. WHITE
                                        United States District Judge


Stipulation for Extension
C 07-1860 JSW