1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 MEGGY CAI QING LI,                        )
                                             ) No. C 07-1860 JSW
13            Plaintiff,                     )
                                             )
14     v.                                    ) **SECOND STIPULATION TO EXTEND**
                                             ) **DATES; and [PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary of the        )
   Department of Homeland Security;          )
16 EMILIO T. GONZALEZ, Director,             )
   U.S. Citizenship and Immigration Services;)
17 CHRISTINA POULOS, Director, California    )
   Service Center, U.S.C.I.S.;               )
18 ROBERT S. MUELLER, Director of            )
   Federal Bureau of Investigation,          )
19                                           )
              Defendants.                    )
20 _____)

21     The plaintiff, by and through her attorney of record, and defendants by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

23     1. Plaintiff filed three applications for Immigrant Petitions for Relative Fiancé or Orphan

24 (Form I-130) with the United States Citizenship and Immigration Services (USCIS) on March 5,

25 2004.

26     2. USCIS approved the I-130 for plaintiff's husband on May 15, 2007.

27     3. On May 22, 2007, USCIS sent plaintiff requests for evidence for her step-children.

28     4. In light of the reasonable possibility that the case can be administratively resolved after the

Second Stipulation for Extension
C 07-1860 JSW

1  plaintiff submits the evidence requested, the parties respectfully ask this Court to extend the dates
2  in the Court's scheduling order as follows:

3  Last day to file Defendants' Answer:              July 31, 2007
4  Last day to file Joint ADR Certification:         August 17, 2007
5  Last day to file/serve Joint Case Management Statement:   August 31, 2007
6  Case Management Conference:                       September 7, 2007, at 1:30 p.m.

7  Date: June ___, 2007

8                                                    Respectfully submitted,
9                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
10
11
                                                     EDWARD A. OLSEN
12                                                   Assistant United States Attorney
                                                     Attorneys for Defendants
13

14
                                                     /S/
15  Date: June 26, 2007                              _____
                                                     JUSTIN X. WANG
16                                                   Attorneys for Plaintiff

17                          **ORDER**

18  Pursuant to stipulation, IT IS SO ORDERED.

19  Date: June 28, 2007
20                                                   _____
                                                     JEFFREY S. WHITE
21                                                   United States District Judge

Second Stipulation for Extension
C 07-1860 JSW