1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

MEGGY CAI QING LI,

Plaintiff,

v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;
CHRISTINA POULOS, Director, California Service Center, U.S.C.I.S.;
ROBERT S. MUELLER, Director of Federal Bureau of Investigation,

Defendants.

No. C 07-1860 JSW

**STIPULATION TO DISMISS and [PROPOSED] ORDER**

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the adjudication of Plaintiff's I-130 applications.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation for Dismissal
C 07-1860 JSW

| | | |
|---|---|---|
| 1 | Date: July 10, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | /s/ |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: July 10, 2007 | /s/<br>JUSTIN X. WANG |
| 9 | | Attorneys for Plaintiff |
| 10 | | **ORDER** |
| 11 | Pursuant to stipulation, IT IS SO ORDERED. | |
| 12 | | |
| 13 | Date: July 12, 2007 | /s/ Jeffrey S. White<br>JEFFREY S. WHITE<br>United States District Judge |

Stipulation for Dismissal
C 07-1860 JSW